# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  　　　　　　　　　　　　　　　　　CASE NO.  4:99cr62-RH/WCS
　　　　　　　　　　　　　　　　　　　　　　　　4:05cv119-RH/WCS
ANTHONY SWATZIE,

　　　　Defendant.

_____/

## ORDER DENYING MOTION FOR SENTENCING REDUCTION

This matter is before the court on the magistrate judge's report and recommendation (document 67), to which no objections have been filed.  Upon consideration,

　　IT IS ORDERED:

　　The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Defendant's motion for sentencing reduction (document 66) is DENIED.

　　SO ORDERED this 22d day of June, 2005.

　　　　　　　　　　　　　　　　　　　s/Robert L. Hinkle_____
　　　　　　　　　　　　　　　　　　　Chief United States District Judge